**Mortaza NASSIRAN, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 05–60787**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 15, 2006.

Joshua Turin, Turin, Turin & Olinger, Dallas, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Caryl G. Thompson, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Katherine Savers McGovern, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

PER CURIAM: *

Mortaza Nassiran, a native and citizen

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of Iran, appeals the Board of Immigration Appeals (BIA) decision affirming the Immigration Judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b. Because cancellation of removal is governed by 8 U.S.C. § 1229b, the jurisdictional bar of 8 U.S.C. § 1252(a)(2)(B)(I) applies in the instant case. This court lacks jurisdiction to review the Attorney General's discretionary decision regarding cancellation of removal. *See Wilmore v. Gonzales,* 455 F.3d 524 (5th Cir.2006); *Rueda v. Ashcroft,* 380 F.3d 831, 831 (5th Cir.2004); 8 U.S.C. § 1229b(b); 8 U.S.C. § 1252(a)(2)(B)(I). The petition for review is **DISMISSED.**